UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FULTZ,

        Plaintiff,                          Case Number 17-13534
v.                                                Honorable David M. Lawson
                                                    Magistrate Judge R. Steven Whalen

600 TOWN CENTER REALTY, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

On March 15, 2018, the plaintiff filed a notice stating that the parties had reached a final settlement of all claims in the case and requesting that the matter be dismissed. The Court therefore will dismiss the case.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the case to enforce the settlement agreement **on or before April 16, 2018**.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Dated:  March 16, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 16, 2018.

                                         s/Susan Pinkowski
                                         SUSAN PINKOWSKI