UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FULTZ,

        Plaintiff,                              Case Number 17-13534

v.                                                 Honorable David M. Lawson

600 TOWN CENTER REALTY, LLC,

        Defendant.
_____/

## ORDER STRIKING IMPROPER FILING

On May 1, 2018, the parties filed a stipulation to dismiss the case with prejudice, which included a blank line for the signature of the Court, evidently because the parties wanted the Court to endorse and enter it as an order. However, the inclusion of a proposed order in the filing was improper. It is inappropriate for any party to file a proposed or stipulated order on the docket. "Proposed orders must be submitted to the judge to whom the case is assigned . . . via the link located under the Utilities section of CM/ECF." E.D. Mich. Electronic Filing Policies and Procedures R11(a). If a proposed order is accepted, the Court will then docket it with the Judge's electronic signature. "Proposed" orders should never be e-filed and docketed by a party.

Moreover, the Court notes that an order dismissing the case with prejudice was entered on March 16, 2018, which allowed the parties until April 16, 2018 to apply to reopen the case to enforce their settlement agreement. No party has moved to reopen the matter, the time for doing so has long passed, and the parties have not offered any explanation for their attempt to file new papers in a closed case which was dismissed with prejudice more than 45 days ago.

Accordingly, it is **ORDERED** that the parties' stipulation [21] is **STRICKEN**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: May 2, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 2, 2018.

s/Susan Pinkowski
SUSAN PINKOWSKI